ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Navmar Applied Sciences Corporation | ) ASBCA No. 62018 |
| | ) |
| Under Contract No. N68335-10-C-0396 | ) |

APPEARANCE FOR THE APPELLANT:          Merle M. DeLancey, Jr., Esq.
                                         Blank Rome LLP
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Samuel W. Morris, Esq.
                                         DCMA Chief Trial Attorney
                                         Amelia R. Lister-Sobotkin, Esq.
                                         Trial Attorney
                                         Defense Contract Management Agency
                                         Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 2, 2025

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62018, Appeal of Navmar Applied Sciences Corporation, rendered in conformance with the Board's Charter.

Dated: September 2, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals